# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 17-03821 JCO | Judge: Jerry C Oldshue | | Trustee Name: | D. Parker Sweet |
| Case Name: | Carmie W Carr | | | Date Filed (f) or Converted (c): | 09/18/2018 (c) |
| | | | | 341(a) Meeting Date: | 11/05/2018 |
| For Period Ending: | 08/20/2020 | | | Claims Bar Date: | 01/01/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 229 W 23Rd Ave<br>Gulf Shores Al 36542-3035<br><br>Subject to:<br>1st mortgage serviced by Ocwen<br>2nd mortgage held by Newport Orange Beach<br>Multiple tax liens for sales and use taxes<br>Judgment lien by Rapid Capital Funding II LLC<br><br>RFS granted to first mortgage holder by Order entered 11/20/18 (Doc. 141)<br>Sold at foreclosure sale on 03/08/19 for $146,500.00.<br>First mortgage balance as of foreclosure date: $133,441.65 | 77,950.00 | 155,900.00 | | 13,058.35 | 0.00 |
| 2. 2006 Chrysler Pacifica Mileage: 160000 | 1,847.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2006 Dodge Caravan Mileage: 200000 | 1,554.00 | 1,554.00 | | 0.00 | 0.00 |
| 4. 2006 Cadillac Cts Mileage: 176000 | 1,556.00 | 1,556.00 | | 0.00 | 0.00 |
| 5. 2004 Chevrolet Tahoe (1/2 interest)<br><br>Other half interest belongs to husband. Title loan in husband's name only. | 2,900.00 | 0.00 | | 0.00 | 0.00 |
| 6. Ordinary Household Goods | 2,000.00 | 2,000.00 | | 0.00 | 0.00 |
| 7. Tv's & Mobile Phones | 600.00 | 600.00 | | 0.00 | 0.00 |
| 8. Rings & Bracelets | 500.00 | 500.00 | | 0.00 | 0.00 |
| 9. Carr Enterprises Inc. (business bank account) | 200.00 | 200.00 | | 0.00 | 0.00 |
| 10. Potential Lawsuit Against Monty Gilbert | 1.00 | 0.00 | | 0.00 | 0.00 |
| 11. Personal clothing<br><br>Added by amendment to schedules | 100.00 | 0.00 | | 0.00 | 0.00 |
| 12. Carr Enterprises<br><br>Added by amendment to schedules | 1.00 | Unknown | | 38,091.76 | Unknown |
| 13. Sale of company<br><br>Added by amendment to schedules filed 10/31/19.<br><br>Refers to proceeds from sales of assets by Carr Enterprises, Inc. (Asset #12, above). For estate accounting purposes, all receipts or disbursements relating to this asset shall be accounted for via Asset #12. | 3,470.00 | 0.00 | | 0.00 | FA |

|  | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $92,679.00 | $162,310.00 | | $51,150.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/11/18: Orders entered sustaining objections to Claims #2 and #5 (Doc. 104, 105)

09/18/18: Amended Order sustaining objection to claim #4 entered (Doc 111)

09/18/18: Case converted to Chapter 7 and assigned to Trustee. No conversion schedules filed at this time and no 341 date yet assigned.

09/24/18: Emails from/to debtor's counsel re: continuance of hearings set for 9/25, agreed to continue; need for conversion schedules.

10/3/18: Notice of Assets was filed. Bar date is 1/1/19 Government bar date is 1/1/19.

10/08/18: Conversion petition filed.(Doc 128)

11/08/18: Chapter 7 Trustee's motion for turnover and to amend prior turnover order filed (Doc. 135). Mailed letters to East Tennessee Frozen Treats, LLC and Pearl Resources, LLC notifying them that payments due under their respective promissory notes should be remitted to our office.

11/20/18: Order Granting Relief from Automatic Stay and Co-Debtor stay regarding real property located at 229 W 23rd Ave., Gulf Shores, AL 36542. (Doc 141)

12/21/18: Order granting motion for turnover and amending prior turnover order. Chapter 13 Trustee is directed to turn over the funds currently held in its case to the Chapter 7 Trustee. Prior turnover order is modified to substitute Chapter 7 Trustee in place of the Chapter 13 Trustee and to replace the Ch 13 address with the Chapter 7 Trustee's address.

02/21/19: Order sustaining objection to claim in Chapter 13 case (Doc 62)
02/21/19: Discharge order (Doc 158)

07/03/19: Phone call w/ debtor re: claims by Newport Orange Beach (#11 & 12) and the basis therefor, instructed her to articulate in writing what she believed to be objectionable about the claims and send it to my office for review; her request for funds to assist her daughter, explained that as Trustee I do not have authority to make discretionary disbursements and that all disbursements require prior court approval; her claims that Monty Gilbert had defrauded her--she is still working on assembling her documentary support and written narrative of the relevant facts, which she hopes to send to me by the end of this week or early next week. Call time 34 minutes.

07/24/19: Phone call w/ debtor re: materials she mailed to my office re: post-transaction discussions with Monty Gilbert; lack of communication records from prior to closing of sale of business; lack of explicit admissions by Gilbert as to owing any payments; Gilbert's failure to raise the 2019 due date under the note in response to her demands for payment in 2017; Ms. Carr will again ask Mr. Blacksher's office to forward to me copies of materials received from her or Gilbert. Call time 39 minutes.

07/30/19: Form 1 Report filed (Doc. 163).

08/08/19: Phone call with Debtor. Called Wes Blacksher's office and got copies of materials that debtor had previously turned over to them emailed to me.

08/09/19: Phone call with debtor re: Monty Gilbert, potential fraud claim against him, available evidence. Call time 30 minutes.

09/25/19: Meeting with debtor, debtor's counsel, Bankruptcy Administrator, and BA staff counsel at BA's office.

Filed suit in Baldwin County Circuit Court against Monty Gilbert and his corporate entity alleging fraud.

10/30/19: Sent formal turnover demand letter to debtor and to Raymond Carr re: 2013 Avalanche. Sent demand letter to East Tennesee Frozen Treats re: payments due under promissory note.

12/06/19: Notice of change of address for Debtor filed. Motion for turnover filed by Newport Orange Beach re: excess proceeds from foreclosure sale (Doc. 179). Order authorizing payment of personal property exemption to Debtor entered (Doc. 180)

Filed estate's response to NPOB's turnover motion.

01/10/20: Received phone call from debtor. Received earful of previously-voiced grievances. Inquired about location of Avalanche; Debtor refused to answer. Call time approx 26 minutes. Sent email to counsel for Newport Orange Beach (NPOB) asking for ledger or account history that would allow for verifying interest calculations re: Claim #12. Also asked for basis of HVAC replacement charge included in Claim #11.

01/13/20: Received payment history/ledger from NPOB for Claim #12 and highlighted excerpt of lease agreement supporting Claim #11.

01/14/20: Sent detailed email to debtor walking through the math verifying that Claim #12 does not include any compounded interest. Forwarded copy to Debtor's Counsel Wesley Blacksher. Emailed counsel for NPOB to say that the estate will not object to Claim #12.

01/22/20: Order entered granting NPOB's motion for turnover (Doc. 187)

01/24/20: Phone call from debtor re: usual grievances and aspersions; GMC Acadia has been repossessed. Explained to her that responding to discovery is a prerequisite for conducting depositions, which is a prerequisite for having a trial in the Monty Gilbert case. Emailed her more copies of the requests for production and interrogatories previously received from Gilbert's counsel. Argued with her (unsuccessfully) about whether Claim #12 improperly includes compounded interest charges (it does not). Call time 39 minutes.

08/20/20: Status update - State court litigation against Monty Gilbert and Carlos "Doc" Carpenter pending (separate cases). Form 1 Report filed.

Initial Projected Date of Final Report (TFR):      Current Projected Date of Final Report (TFR):

Trustee Signature:     /s/ D. Parker Sweet     Date: 08/20/2020

D. Parker Sweet
Chapter 7 Bankruptcy Trustee
P.O. Box 537
Daphne, AL 36526
(251)626-3322
trustee@sweetlawalabama.com